IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**EDDIE L. NABORS**

**Plaintiff,**

**vs.**                          **CASE NO. 5:10cv251/RS-EMT**

**KENNETH W. DAVIS,**
**JASON R. TYUS, JEFF SNELL,**
**JOHN P. McDANIEL, and**
**THE GEO GROUP,**

**Defendants.**
_____/

## ORDER

Pursuant to Fed. R. Civ. P. 4(m) and the Order dated January 19, 2011 (Doc. 9), Plaintiff's claims against Defendants Kenneth Davis and Jason Tyus are dismissed without prejudice.

**ORDERED** on February 3, 2011.

                                       /s/ Richard Smoak
                                       **RICHARD SMOAK**
                                       **UNITED STATES DISTRICT JUDGE**